# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Conquistador-Dorado Joint Venture | ) | ASBCA Nos. 61171, 61172 |
| | ) | |
| Under Contract No. W912P8-14-D-0009 | ) | |

APPEARANCES FOR THE APPELLANT:     Michael A. Richard, Esq.
                                   Jaqueline J. Ryan, Esq.
                                     Cohen Seglias Pallas, Greenhall & Furman PC
                                     Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Thomas J. Warren, Esq.
                                     Acting Engineer Chief Trial Attorney
                                   Thomas M. Taff, Jr., Esq.
                                     Engineer Trial Attorney
                                     U.S. Army Engineer District, New Orleans

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated:  7 February 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61171, 61172, Appeals of Conquistador-Dorado Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals